KUNTZ, J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 Cadman Plaza East
Brooklyn, New York 11201
(718) 613-2665

**DOUGLAS C. PALMER**
Clerk of Court

Daniel E. Carpenter
Reg. No # 90792-038
MDC Brooklyn
P.O. Box 329002
Brooklyn, NY 11232

**CV 20-810**    Date: **FEB 14 2020**

**Docket Number:** CV  (include this number on all papers submitted to the Court)

Dear Litigant:

The Clerk's Office received the enclosed papers on _Feb 11th, 2020_. A docket number has been assigned to your submission. The papers are deficient for one or more of the following reasons checked below. Please read this list carefully to correct any mistakes or omissions in your papers. If you decide to proceed with your action, you must return the enclosed papers **WITHIN 14 DAYS FROM THE DATE OF THIS LETTER.** If you do not comply, your case will not proceed and may be dismissed.

☐  Papers, including complaints, petitions, motions or any other document, cannot be filed without an **original signature** pursuant to Rule 11 of the Federal Rules of Civil Procedure. Your original signature is needed wherever an "X" appears.

☒  A filing fee of $5 [in cash, if submitted in person] or by certified check or money order made payable to the Clerk of Court, U.S.D.C., E.D.N.Y., is required in order to file a petition for a writ of habeas corpus pursuant to 28 U.S.C. §§ 2241 or 2254 - **or** - you may request to waive the filing fee of $5 by completing an *in forma pauperis* application (also known as IFP). 28 U.S.C. § 1915. An IFP application form is enclosed.

☐  Your IFP application does not contain enough information for the Court to consider your request. Please complete the enclosed IFP application. If you are presently incarcerated, please complete the enclosed Prisoner Authorization form as well as the IFP application.

☐  Other: _____

Sincerely,

*Brenna B. Mahoney*
Chief Deputy

Enclosure(s)
rev. 12/21/18

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**CV 20 - 810**

　　　　　　　　　　　Plaintiff

　　-v.-　　　　　　　　　　　　　　　REQUEST TO PROCEED
　　　　　　　　　　　　　　　　　　　*IN FORMA PAUPERIS*

　　　　　　　　　　　Defendant(s)

_____

I, _____, am the plaintiff in the above entitled case. I hereby request to proceed without being required to prepay fees or costs or give security therefore. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and I believe I am entitled to redress.

1. If you are presently employed:
　　a) give the name and address of your employer
　　b) state the amount of your earnings per month

_____
_____
_____

2. If you are **NOT PRESENTLY EMPLOYED**:
　　a) state the date of start and termination of your last employment
　　b) state your earnings per month
　　**YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

_____
_____

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

_____

　　a) Are you receiving any public benefits?　　☐ No ☐ Yes, $_____
　　b) Do you receive any income from any other source?　☐ No ☐ Yes, $_____

4. Do you have any money, including any money in a checking or savings account? If so, how much?

_____

Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☐ No   ☐ Yes, _____

6. List the person(s) that you pay money to support and the amount you pay each month.

_____

_____

7. Do you pay for rent or for a mortgage? If so, how much each month?

_____

8. State any special financial circumstances which the Court should consider.

_____

_____

_____

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration. In addition, if I give a false answer I will be subject to penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: _____          _____
                                                                    (signature)

Rev. 7/2002