UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK





-----------------------------------------------------------x

DANIEL E. CARPENTER

                Petitioner,

       v.

KATHLEEN HAWK SAWYER

                Respondent.

-----------------------------------------------------------x

**ORDER TO SHOW CAUSE**

**WILLIAM F. KUNTZ, II, United States District Judge:**

Upon the petition for issuance of a writ of habeas corpus pursuant to 28 U.S.C. 2241, dated February 11, 2020, it is **ORDERED**:

(1) The United States Attorney, as attorney for Respondent, show cause before this Court why a writ of habeas corpus should not be issued by the filing of a return to the petition within sixty (60) days of receipt of this Order;

(2) Respondent shall serve a copy of the return on Petitioner herein and shall file the original thereof, with proof of such service, with Clerk of this Court;

(3) Service of a copy of this Order and petition shall be made electronically by the Clerk upon the United States Attorney, and by mailing a copy of this Order to the petitioner;

(4) Petitioner, within thirty (30) days of receipt of a copy of the return, shall file a reply, if any, with the Clerk of the Court and serve a copy on Respondent;

(5) All communications with the Court must be served on the opposing party.

SO ORDERED.

s/WFK

**WILLIAM F. KUNTZ, II**
**United States District Judge**
**Eastern District of New York**

Dated: March 10, 2020
Brooklyn, New York