# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

DANIEL E. CARPENTER,

    Petitioner,

v.                                  CASE NO. 3:20-cv-00664 (RNC)

KATHLEEN HAWK SAWYER

    Respondent.

## JUDGMENT

This action having come before the Court for consideration of the petitioner's Petition for Writ of Habeas Corpus doc.# [1] before the Honorable Robert N. Chatigny, United States District Judge; and

On November 30, 2023, an order entered dismissing the petitioner's Petition for Writ of Habeas Corpus as moot.

It is hereby ORDERED, ADJUDGED, and DECREED that judgment is entered dismissing the case.

Dated at Hartford, Connecticut, this 12th day of December, 2023.

                                      DINAH MILTON KINNEY, Clerk

                                      By: /s/ Andrea Gaskins
                                            Andrea Gaskins
                                            Deputy Clerk

Entered on Docket: 12/12/2023